# EXHIBIT B

  

☰ Menu

| FACT | WHAT DOES JACKSON HEWITT® DO WITH YOUR PERSONAL INFORMATION? |

**Why?**

Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

**What?**

The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- Social Security number and income
- Investment experience and assets
- Retirement assets

**How?**

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Jackson Hewitt chooses to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Does Jackson Hewitt share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |

 Menu  

| For joint marketing with other financial companies | Yes | No |
|---|---|---|
| For our affiliates' everyday business purposes — information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes — information about your creditworthiness | Yes | Yes |
| For affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

## To limit our sharing

- Call (800) 234-1040 -- our menu will prompt you through your choice(s), or
- Email us at privacy@jhnet.zendesk.com.

Please note:

If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice.

However, you can contact us at any time to limit our sharing.

## Questions?

Call (800) 234-1040 or email us at privacy@jhnet.zendesk.com.

## What we do



☰ Menu      

| | |
|---|---|
| **my personal information?** | law. These measures include computer safeguards and secured files and buildings. |
| **How does Jackson Hewitt collect my personal information?** | We collect your personal information, for example, when you<br><br>- give us your wage statements<br>- show us your government-issued ID or give us your contact information<br>- provide employment information<br>- tell us about your investment or retirement portfolio<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>- sharing for affiliates' everyday business purposes—information about your creditworthiness<br>- affiliates from using your information to market to you<br>- sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions ||
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>- Our affiliates include companies with the Jackson Hewitt name, such as Jackson Hewitt Marketing Services, LLC; and others, such as Tax Services of America, Inc. |



☰ Menu 

| Nonaffiliates | • Nonaffiliates we share with can include companies providing credit, insurance, financial planning, debt management, and other financial products. |
|---|---|
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>Our joint marketing partners include nonaffiliated financial companies, banks, and payment card companies. |

## Other Important Information

In some circumstances our use or disclosure of your information may be limited by section 7216 of the Internal Revenue Code ("Section 7216"). Section 7216 generally requires that, in connection with tax returns we prepare for you, we do not use or disclose relevant information for any purposes other than preparing, assisting in preparing, or obtaining or providing services in connection with the preparation of your tax return, unless you authorize us to do so in writing or as authorized by law.

California Residents: If your account has a California mailing address, and subject to your Section 7216 authorizations, Jackson Hewitt will treat you as automatically opting out of sharing with third parties so they may market their products to you. Additionally, you may limit our sharing of your personal information with non-affiliated entities with whom we jointly market products and services by calling us at (800) 234-1040.

Vermont Residents: If your account has a Vermont mailing address, and subject to your Section 7216 authorizations, Jackson Hewitt will treat you as automatically opting out of sharing with third parties so they may market their products to you. Additionally, we automatically treat customers with a Vermont mailing address as having limited sharing with our affiliates as provided above. We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at https://www.jacksonhewitt.com/privacy-policy/

or call (800) 234-1040.
Nevada Residents: We are providing this notice pursuant to Nevada state law. You may call (800) 234-1040 to be placed on our internal do not call list for marketing calls made to existing customers. For more information about this notice and the Nevada law related to this notice, you may contact: (1) Jackson Hewitt Inc., Attention - Client Care 501 N. Cattlemen Road, Suite 300, Sarasota, FL 34232; tel: (800) 234-1040; or (2) Nevada Attorney General, Bureau of Consumer Protection, 555 East Washington St., Ste. 3900, Las Vegas, NV 89101; tel: (702) 486-3132; email: bcpinfo@ag.nv.gov.


Menu 

## Quick Links

File in store

File Online

MyJH Account

Tax Debt

Tax Reform

## About JH

Why Jackson Hewitt

About Us

All tax office locations

News

## Contact Us

Contact Us

Contact for Media

Contact for ADA

## Careers

Work at JH

Own a Franchise

Become a Tax Pro

## Follow Us



Menu 

# Stay up to date with Jackson Hewitt®

Enter email address

SIGN UP

  

© 2019 Jackson Hewitt Inc. All rights reserved. Most offices are independently owned and operated.